Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


★ ★ ★ ★  ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00740-CR

**IN RE** Jason **MIEARS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:  Karen Angelini, Justice
Steven C. Hilbig, Justice
Marialyn Barnard, Justice

Delivered and Filed:  November 3, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On October 12, 2010, relator Jason Miears filed a petition for writ of mandamus and a motion to stay the trial court proceedings.  The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought.  Accordingly, the petition for writ of mandamus and the motion to stay are DENIED.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2009-CR-6566, styled *State of Texas v. Jason Miears*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.